# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142709 & (14)
143069

_____

In re Parole of PHILIP JOSEPH PAQUETTE

_____

HURON COUNTY PROSECUTOR,
   Plaintiff-Appellee,

v

PHILIP JOSEPH PAQUETTE,
   Defendant-Appellant.

               /

SC: 142709
COA: 301140
Huron CC: 92-003524-FC
    10-004459-AR

In re Parole of PHILIP JOSEPH PAQUETTE

_____

HURON COUNTY PROSECUTOR,
   Plaintiff-Appellee,

v

PHILIP JOSEPH PAQUETTE,
   Defendant-Appellee,
and

PAROLE BOARD,
   Intervener-Appellant.

               /

SC: 143069
COA: 301140
Huron CC: 92-003524-FC
    10-004459-AR

   On order of the Court, the motion for immediate consideration is GRANTED. The applications for leave to appeal the February 10, 2011 order of the Court of Appeals are considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We appoint the State Appellate Defender Office as counsel to represent the defendant in the Court of Appeals and any subsequent proceeding in this Court. The Court of Appeals is DIRECTED to decide this case on an expedited basis.

We note that a similar issue is presented in the cases of *People v Haeger* (Docket No. 141718) and *In re Parole of Michelle Elias* (Docket No. 142198), which we remanded to the Court of Appeals for consideration together, as on leave granted, by orders dated February 2, 2011.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2011

Clerk

y0712